UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERICA SCHEALL, on behalf of
herself and others similarly
situated,

        Plaintiff,

v.                                    Case No: 2:14-cv-653-FtM-29MRM

NICAEA ACADEMY, INC., BARTON
MCINTYRE, individually, and
NICAEA ACADEMY OF SOUTHWEST
FLORIDA, INC.,

        Defendants.

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #89), filed March 25, 2016, recommending that the parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with Prejudice (Doc. #88) be approved. Also before the Court is the parties' Joint Motion to Waive Exception Period (Doc. #90) for objecting to the Magistrate Judge's Report and Recommendation.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge

review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection thereto. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (Table).

The Court has conducted an independent examination of the file and agrees that the compromise reached by the parties is reasonable, particularly given the existence of counterclaims in the case. The Court also agrees with the Magistrate Judge's finding that Plaintiff's failure to file a Third Amended Complaint naming the two opt-in plaintiffs as named plaintiffs does not impact whether the parties' joint settlement may be approved as reasonable. Accordingly, and because the parties have agreed to waive the 14-day period for filing written objections, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Motion to Waive Exception Period (Doc. #90) is **GRANTED.**

2. The Report and Recommendation (Doc. #89) is hereby **adopted** and the findings **incorporated** herein.

3. The parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with Prejudice (Doc. #88) is **granted** and the Settlement Agreement and General Release (Doc. #88-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

4. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this 6th day of April, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties